IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EUGENE JONES**                                                                                           **PLAINTIFF**
**ADC #169865**

v.                                          Case No. 4:21-cv-00378-LPR

**DEXTER PAYNE, Director, ADC,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation from United States Magistrate Judge Joe J. Volpe. (Doc. 15). The parties have not filed objections and the time to do so has expired. After a careful and *de novo* review of the Recommendation and the entire record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.[1]

Accordingly, Plaintiff may proceed with his Eighth Amendment claim against Defendants Budnik, Evans, and Kelly. All other claims and Defendants are DISMISSED without prejudice as being improperly joined.[2] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED this 4th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court conducted a *de novo* review because some docket entries, while not technically objections, could be read as arguing against the Recommendation.

[2] Nothing in this Order prevents Plaintiff from filing separate cases to pursue one or more of the claims dismissed by this Order.