IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EUGENE JONES**  **PLAINTIFF**
ADC #169865

v.  Case No. 4:21-cv-00378-LPR

**DEXTER PAYNE, Director,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.[1] After a careful and *de novo* review of the Recommendation, Plaintiff's objections, and the record, the Court concludes that the Recommendation should be and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, Defendants' motion for summary judgment (Doc. 42) is GRANTED. The live claims against Defendants Budnik, Kelley, and Evans shall be dismissed without prejudice. The case will be CLOSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment is considered frivolous and not in good faith.

IT IS SO ORDERED this 31st day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has not actually objected. But, out of an abundance of caution, the Court will treat Docs. 49 and 50 as objections.