IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EUGENE JONES**  **PLAINTIFF**
**ADC #169865**

v.     Case No. 4:21-cv-00378-LPR

**DEXTER PAYNE, Director,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and prior Orders entered in this case, it is considered, ordered, and adjudged that all claims are dismissed without prejudice. This case is now closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the underlying Orders is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 31st day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE